**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
Angely C. Gaviola, Esq. (SBN: 337483)
Angely.Gaviola@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Gayle Norton

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAYLE NORTON,**<br><br>Plaintiff,<br><br>v.<br><br>**FRESNO CREDIT BUREAU D/B/A CREDITORS BUREAU USA D/B/A CBUSA,**<br><br>Defendant. | **Case No.:** 1:22-cv-00984-JLT-BAM<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**<br><br>CURRENT DISMISSAL DOCUMENTS FILING DEADLINE: SEPTEMBER 8, 2023<br><br>NEW DISMISSAL DOCUMENTS FILING DEADLINE: NOVEMBER 8, 2023 |

///

///

///

///

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff Gayle Norton ("Plaintiff") and Defendant Fresno Credit Bureau d/b/a Creditors Bureau USA d/b/a CBUSA ("Defendant") that:

1. On July 10, 2023, Plaintiff filed a Notice of Settlement.
2. On July 11, 2023, the Court ordered that the Parties file the appropriate dispositional documents no later than September 8, 2023.
3. The Parties seek additional time to file the correct dispositional documents. Good cause exists for the proposed extension of this deadline because the Parties are still engaging in productive and meaningful discussions in finalizing the terms of the settlement agreement, which would be hampered by the filing deadline of the dismissal documents in accordance with the current due date.
4. The Parties request that the deadline for filing for dismissal be extended from September 8, 2023, to November 8, 2023.

**IT IS SO STIPULATED.**

DATED: September 12, 2023

**THE CARDOZA LAW CORPORATION**
BY: /s/ ANGELY C GAVIOLA
LAUREN B. VEGGIAN, ESQ.
ANGELY C. GAVIOLA, ESQ.
ATTORNEYS FOR PLAINTIFF
GAYLE NORTON

DATED: September 12, 2023

**GOODMAN LAW FIRM, APC**
BY: /s/ BRETT B. GOODMAN
BRETT B. GOODMAN, ESQ.
ATTORNEY FOR DEFENDANT
FRESNO CREDIT BUREAU D/B/A CREDITORS BUREAU USA D/B/A CBUSA

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

PAGE 1 OF 1

**ORDER**

Pursuant to the stipulation of the Parties and good cause appearing, the parties' request for an extension of time to file dispositional documents is GRANTED. *See* Local Rule 160. The Parties must file for dismissal on or before **November 8, 2023**. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **September 12, 2023**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE